UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT CARR, JR.,

          Plaintiff,

  v.                                              Case No. 25-cv-1302-bhl

JASON BARANEK,

          Defendant.

## DECISION AND ORDER

Plaintiff Robert Carr, Jr., who is confined at the Stanley Correctional Institution, is representing himself in this 42 U.S.C. §1983 action. On February 9, 2026, the Court screened Carr's amended complaint and dismissed this action because it is barred by the statute of limitations. On February 26, 2026, Carr filed a motion to alter or amend the judgment. He asserts that, under Wis. Stat. §893.16, the statute of limitations is tolled for up to five years because he is incarcerated.

Carr is incorrect. Wisconsin law formerly allowed prisoners to pursue their claims up to five years beyond the applicable statute of limitations, but, effective September 1, 1998, the Wisconsin Prisoner Litigation Reform Act eliminated imprisonment as a basis for tolling the statute of limitations. *See Orosco v. Swyers*, 435 F. App'x 556, 558 (7th Cir. 2011). Accordingly, for the reasons explained in the screening order, *see* Dkt. No. 16 at 2, this action is time-barred.

**IT IS THEREFORE ORDERED** that Carr's motion to alter or amend the judgment (Dkt. No. 18) is **DENIED**.

Dated at Milwaukee, Wisconsin on March 16, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge